FILED
U.S. DISTRICT COURT
SAVANNAH DIV.

2012 OCT 10 AM 11:22

CLERK
SO. DIST. OF GA.

IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

ANAISSA BETH GERWALD,           )
                                )
    Plaintiff,                  )
                                )
v.                              )    CASE NO. CV412-066
                                )
GMAC MORTGAGE,                  )
                                )
    Defendant.                  )
                                )

### ORDER

Before the Court is the Magistrate Judge's Report and Recommendation (Doc. 14), to which objections have been filed (Doc. 16). After a careful de novo review of the record, the Court finds Plaintiff's objections to be without merit. Accordingly, the report and recommendation is **ADOPTED** as the Court's opinion in this case, and Plaintiff's complaint is **DISMISSED WITHOUT PREJUDICE**.[1] The Clerk of Court is **DIRECTED** to close this case.

SO ORDERED this 10th day of October 2012.

WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

---

[1] Plaintiff's "Motion for Continuance" (Doc. 17) is **DISMISSED AS MOOT**.